**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Julia K. Venditti (State Bar No. 332688)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
         jvenditti@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE TATE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VITAS HEALTHCARE CORPORATION,<br><br>Defendant. | Case No. 2:24-CV-01327-DJC-CSK<br><br>**ORDER GRANTING JOINT STIPULATION SETTING BRIEFING SCHEDULE**<br><br>First Amended Complaint Filed: June 26, 2024<br>Motion to Dismiss Filed: July 15, 2024<br>Current Opposition Date: July 29, 2024<br>Current Reply Date: August 8, 2024<br>New Opposition Date: August 12, 2024<br>New Reply Date: September 5, 2024 |

Pursuant to the Parties' Joint Stipulation Setting Briefing Schedule ("Stipulation"), **IT IS SO ORDERED**:

    (1)    The Stipulation is GRANTED;

    (2)    Plaintiff's opposition to Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 12) shall be due on, or before, August 12, 2024; and

    (3)    Defendant's reply in support of its Motion to Dismiss the First Amended Complaint (ECF No. 12) shall be due on, or before, September 5, 2024.

Dated:  July 22, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE