DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

KEYA I. PATEL (admitted *pro hac vice*)
keya.patel@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARMAINE TATE, individually and on behalf of others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>VITAS HEALTHCARE CORPORATION,<br><br>Defendant | Case No. 2:24−CV−01327−DJC−CSK<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: December 5, 2024<br>Judge: Daniel J. Calabretta |

**Defendant's Notice of Supplemental Authority**

Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 230(m)(2), Defendant submits this Notice of Supplemental authority in support of its motion to dismiss (ECF 12). Defendant brings the Court's attention to the following two cases, both decided after Defendant filed its reply in support of its motion to dismiss on September 5, 2024.

- *Jones v. Tonal Sys., Inc.*, No. 3:23-CV-1267-JES-BGS, 2024 WL 4357558 (S.D. Cal. Sept. 30, 2024) (adopting the "capability" standard for the third-party exception but granting defendant's motion to dismiss § 631(a) claim; holding that: "Plaintiff has not adequately alleged that [the third party] has the capability of using the chat data for its own purposes and benefit. Plaintiff's first allegation that chat conversations are first routed through [the third party's] server enabling [the third party] to 'analyze, interpret, and collect customer-support agent interactions in real time to create live transcripts of communications as they occur,' only supports the inference that [the third party] receives and stores communications for the benefit of its client, [Defendant].").

- *Smith v. YETI Coolers, LLC*, No. 24-CV-01703-RFL, 2024 WL 4539578 (N.D. Cal. Oct. 21, 2024) (granting motion to dismiss based on plaintiff's failure to allege requisite scienter to support an aiding and abetting claim; Plaintiff's allegations that vendor intercepted and stored customers' financial information was insufficient to show "that Defendant knowingly agreed with or employed [the third party] to engage in conduct that violated the wiretapping statute.").

Dated: December 5, 2024

WEIL, GOTSHAL & MANGES LLP

By: /s/ David R. Singh
David R. Singh

*Attorneys for Defendant*