1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE TATE, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br>v.<br><br>VITAS HEALTHCARE CORPORATION,<br><br>　　　Defendant | Case No. 2:24-CV-01327-DJC-CSK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Dept.: Courtroom 10 – 13th Floor<br>Judge: Honorable Daniel J. Calabretta |

.Pursuant to the Parties' Joint Stipulation to Extend Time for Defendant to Answer Plaintiff's Complaint ("Stipulation"), **IT IS SO ORDERED**:

    1.    The Stipulation is GRANTED;

    2.    Defendant's answer to the First Amended Complaint (ECF No. 10) is due on, or before, February 3, 2025;

    3.    This Stipulation does not constitute a waiver by Defendant of any defense.

Dated: January 22, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE