1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARMAINE TATE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>VITAS HEALTHCARE CORPORATION,<br><br>        Defendant | Case No. 2:24−CV−01327−DJC−CSK<br><br>**ORDER GRANTING JOINT STIPULATION TO FURTHER STAY PROCEEDINGS**<br><br>Dept.: Courtroom 10 – 13th Floor<br>Judge: Honorable Daniel J. Calabretta |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Parties' Joint Stipulation to Further Stay Proceedings ("Stipulation"), **IT IS SO ORDERED**:

1.    The Stipulation is GRANTED;

2.    All proceedings in the above-captioned matter are stayed until September 1, 2025.

3.    Defendant's answer to the First Amended Complaint (ECF No. 10) is due seven (7) days after the expiration of the stay, unless the Parties first reach a settlement or request an extension of the stay.

Dated:  April 15, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE