# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE TATE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>VITAS HEALTHCARE CORPORATION,<br><br>    Defendant | Case No. 2:24-CV-01327-DJC-CSK<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS BY THIRTY DAYS**<br><br>Dept.: Courtroom 10 – 13th Floor<br>Judge: Honorable Daniel J. Calabretta |

.Pursuant to the Parties' Joint Stipulation to Stay Proceedings by Thirty Days ("Stipulation"), **IT IS SO ORDERED**:

1. The Stipulation is GRANTED;
2. All proceedings in the above-captioned matter are stayed until October 8, 2025.
3. Defendant's answer to the First Amended Complaint (ECF No. 10) is due seven (7) days after the expiration of the stay, unless the Parties request an extension of the stay.

Dated:  September 8, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE